December 19, 2008

Mr. Jeffrey C. Londa
Ogletree Deakins Nash Smoak & Stewart, P.C.
500 Dallas Street, Ste. 3000
Houston, TX 77002
Mr. Hal K. Gillespie
Gillespie Rozen Watsky Motley & Jones, PC
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204

RE: Case Number: 06-0034
 Court of Appeals Number: 05-05-00241-CV
 Trial Court Number: 04-06740-J

Style: DALLAS AREA RAPID TRANSIT
 v.
 AMALGAMATED TRANSIT UNION LOCAL NO. 1338

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jim |
| |Hamlin |
| |Ms. Lisa Matz|